Mark Mausert
NV Bar No. 2398
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE RYAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BARRICK GOLDSTRIKE MINES, INC.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-00286-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** |

  Pursuant to Local Rule IA 6-1, Plaintiff LAWRENCE RYAN, and Defendants BARRICK GOLDSTRIKE MINES, INC., by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline for Plaintiff to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 26) from October 9, 2020 to November 6, 2020.

//

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The parties request this extension due to counsel for Plaintiff will be out of town from September 29, 2020 to October 9, 2020 and will need the additional time to prepare a proper response. Counsel for Plaintiff has a **rare** opportunity to row the Grand Canyon. Permits for such trips are very difficult to obtain.

Dated: September 24, 2020.

LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert
MARK MAUSERT
Attorney for Plaintiff

Dated: September 24, 2020.

ARMSTRONG TEASDALE, LLP
MANNING CURTIS BRADSHAW & BEDNAR PLLC

/s/ David Castleberry
MICHELLE D. ALARIE
DAVID C. CASTLEBERRY

Attorneys for Defendant

IT IS SO ORDERED.

DATED this 24th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT