MICHELLE D. ALARIE
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
MAlarie@ArmstrongTeasdale.com

DAVID C. CASTLEBERRY
Nevada Bar. No. 8981
MANNING CURTIS BRADSHAW
  & BEDNAR PLLC
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
Telephone: 801.363.5678
Facsimile: 801.364.5678
dcastleberry@mc2b.com

*Attorneys for Defendant Barrick Goldstrike Mines, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE RYAN,<br><br>  Plaintiff,<br>v.<br><br>BARRICK GOLDSTRIKE MINES, INC., a foreign corporation,<br><br>  Defendant. | CASE NO. 3:19-cv-286<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGEMENT**<br><br>**FIRST REQUEST** |

{02099113.DOCX /}

Pursuant to LR IA 6-1, Defendant Barrick Goldstrike Mines, Inc. ("Barrick") and Plaintiff Lawrence Ryan ("Ryan"), by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting this Stipulation to extend the deadline for Barrick to file its response to Plaintiff's opposition to Motion for Summary Judgment (ECF No. 29) from November 19, 2020, to December 3, 2020.  This is the first request to extend this particular deadline.

Good cause exists to extend Barrick's reply deadline from November 19, 2020, to December 3, 2020.  The parties previously stipulated to allow Plaintiff an additional month to oppose the pending motion for summary judgment, thus, the Reply in Support of the Motion for Summary Judgment is now due the same week that counsel for Barrick will be in depositions for another case and also preparing for his daughter's wedding.  Furthermore, the following week is the Thanksgiving holiday.  Plaintiff does not oppose the short extension.  This request for a two-week extension is sought in good faith and not for purposes of undue delay.

DATED this 10th day of November, 2020.

By: /s/ David C. Castleberry
DAVID C. CASTLEBERRY
Nevada Bar. No. 8981
MANNING CURTIS BRADSHAW
 & BEDNAR PLLC
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
Telephone No.: (801) 363-5678
Facsimile No.: (801) 364-5678
dcastleberry@mc2b.com

MICHELLE D. ALARIE
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
MAlarie@ArmstrongTeasdale.com

*Attorneys for Defendant*

By: /s/ Mark L. Mausert (*signed with permission*)
Mark L. Mausert
Law Office of Mark Mausert
729 Evans Avenue
Reno, NV 89512
Phone: 775-786-5477
Fax: 775-786-9658
mark@markmausertlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _11/10/2020

{02099113.DOCX /}   3

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) I certify that I am an employee of Manning Curtis Bradshaw & Bednar PLLC and that on the 10th day of November, 2020, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGEMENT** was transmitted via ECF to the following:

Mark L. Mausert
Law Office of Mark Mausert
729 Evans Avenue
Reno, NV 89512
Phone: 775-786-5477
Fax: 775-786-9658
mark@markmausertlaw.com

*Attorney for Plaintiff*

/s/ David C. Castleberry